# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**RANADA COOKS,**

    Plaintiff,

Case No.: 3:21-CF-776

vs.

**ANDREA MINYARD; GULF COAST AUTOPSY PHYSICIANS, P.A.; TIMOTHY J. GALLAGHER; CORPORAL THOMAS PASCHAL; TROOPER CHAD LYNCH; SERGEANT RANDLE PADGETT; FAITH CHAPEL FUNERAL SERVICES, LLC; AND TRACY MORTON MEMORIAL CHAPEL, LLC,**

    Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants **CORPORAL THOMAS PASCHAL**, **TROOPER CHAD LYNCH**, and **SERGEANT RANDLE PADGETT** (hereinafter referred to collectively as "Defendants"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1441, 1443, 1446 and 1343, and N.D. Fla. Loc. R. 7.2, file this Notice of Removal of an action pending in the First Judicial Circuit Court of Florida, Escambia County, to the U.S. District Court, Northern District of Florida, Pensacola Division, and in support thereof state the following grounds:

1. Plaintiff's daughter, Samara Cooks, was killed in a single-car motor vehicle accident on July 29, 2019. *See* [**ECF No. 1-1** (First Amended Complaint at ¶ 14].

2. Plaintiff alleges that Samara's body was misidentified following the accident, and filed suit against several defendants. [*Id.*].

3. Defendants were all employed by the Florida Highway Patrol, and Plaintiff alleges their actions contributed to the misidentification of the body of their daughter. [*Id.* at ¶¶ 18-25].

4. Defendants desire to exercise their rights under the provisions of 28 U.S.C. §1331, *et seq.*, to remove this action from the First Judicial Circuit of Florida, Escambia County, where it is now pending under the name and style of: *Ranada Cooks, Plaintiff, v. Andrea Minyard; Gulf Coast Autopsy Physicians, PA; Timothy J. Gallagher; Corporal Paschal; Trooper Chad Lynch; Sergeant Randle Padgett; Faith Chapel Funeral Services, LLC; and Tracy Morton Memorial Chapel, LLC, Defendants.*

5. Plaintiff initiated this lawsuit by filing a Complaint in the First Judicial Circuit Court on March 5, 2020, at which time Defendants were not named as party-defendants.

6. Plaintiff was granted leave to file an Amended Complaint, in which Defendants were added as party-defendants for the first time.

7.  The court granted Plaintiff leave to amend by order dated April 27, 2021, and the Amended Complaint was deemed filed and contains the following counts against Defendants based on federal law:

| | |
|---|---|
| **Fourth Cause of Action:** | Violation of the 14th Amendment, 42 U.S.C. § 1983, against Defendant Lynch |
| **Fifth Cause of Action:** | Violation of the 14th Amendment, 42 U.S.C. § 1983, against Defendant Paschal |
| **Sixth Cause of Action:** | Violation of the 14th Amendment, 42 U.S.C. § 1983, against Defendant Padgett |

[**ECF 1-1** at ¶¶ 89-116].

8.  This Court has federal question jurisdiction over Plaintiff's § 1983 claims against Defendants, since they have been brought under federal law.

9.  Pursuant to 28 U.S.C. § 1446(a), a copy of the Amended Complaint is attached to this Notice of Removal as [**ECF No. 1-1**]. Pursuant to N.D. Fla. Loc. R. 7.2, Defendants will file copies all other process, pleadings, and orders on file in the circuit court action within 14 days of this Notice.

10. On behalf of and with the authority of Defendants, the undersigned accepted service of the Amended Complaint on or about April 26, 2021. In accordance with the requirements of 28 U.S.C. §1446(b)(2)(B), this Notice of Removal is filed within 30 days after Defendants' receipt of the initial pleading against them through service of the Amended Complaint.

11. Venue in this District and Division is proper for purposes of removal under 28 U.S.C. § 1441(a), because this District and Division embrace the place in which the removed action was filed and is pending – Escambia County, Florida.

12. Pursuant to 28 U.S.C. § 1446(d), written and electronic notice of filing of this Notice of Removal has been served upon Plaintiff's counsel, Arthur A. Shimek, Arthur A. Shimek, P.A.

13. A true copy of this Notice of Removal will also be filed with the Clerk of the First Judicial Circuit of Florida, Escambia County, as required by law. *Id*.

*Removal Based on Federal Question Jurisdiction*

14. Unless specifically prohibited by an act of Congress, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This Court possesses supplemental jurisdiction over this civil action because some of Plaintiff's claims are brought under federal law and thus involve federal questions under 28 U.S.C. §1331. More specifically, Plaintiff's Complaint alleges Defendants violated her rights under the Fourteenth Amendment to the Constitution of the United States.

15. Defendants Andrea Minyard ("Minyard"), Faith Chapel Funeral Services, LLC ("Faith Chapel"); and Tracy Morton Memorial Chapel, LLC ("Tracy

Morton") were already party-defendants when the Amended Complaint was deemed filed on April 27, 2021, and each were served the Amended Complaint through the Florida Court's E-Filing Portal.

16. The undersigned certifies he conferred with counsel for Defendant Minyard, who consents to the removal of this action.

17. The undersigned certifies he conferred with counsel for Defendant Faith Chapel, who consents to the removal of this action.

18. The undersigned certifies he conferred with counsel for Defendant Tracy Morton, who consents to the removal of this action.

19. By filing the Amended Complaint, Plaintiff added Defendants Gulf Coast Autopsy Physicians, P.A., ("Gulf Coast") and Timothy Gallagher ("Gallagher") as new party-defendants.

20. The undersigned certifies he conferred with counsel for Defendant Gulf Coast, who consents to the removal of this action.

21. The undersigned certifies he conferred with Defendant Gallagher, who consents to the removal of this action.

22. Because the requirements for removal are satisfied, this Court should accept jurisdiction.

WHEREFORE, Defendants Paschal, Lynch, and Padgett respectfully request that this action be removed to this Court and that this Court accept jurisdiction of

this action, and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

Respectfully submitted, this 17th day of May 2021.

/s/ *Elmer C. Ignacio*
**ELMER C. IGNACIO**
Florida Bar Number: 537683
eignacio@sniffenlaw.com
**VICKIE A. GESELLSCHAP**
Florida Bar Number: 502456
vgesellschap@sniffenlaw.com
**MATTHEW J. CARSON**
Florida Bar Number: 0827711
mcarson@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

700 South Palafox Street Suite 95
Telephone: (850) 741-2510
Facsimile: (850) 857-8700

*Attorneys for Defendant Paschal, Lynch, and Padgett*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the court's CM/ECF system to counsel of record on this 17th day of May 2021.

            */s/ Elmer C. Ignacio*
            **ELMER C. IGNACIO**