UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANADA COOKS,

    Plaintiff,                    CASE NO.: 3:21-cv-00776-MCR-EMT

vs.

ANDREA MINYARD; GULF COAST
AUTOPSY PHYSICIANS, P.A.; TIMOTHY
J. GALLAGHER; CORPORAL THOMAS
PASCHAL; TROOPER CHAD LYNCH;
SERGEANT RANDLE PADGETT; FAITH
CHAPEL FUNERAL SERVICES, LLC; and
TRACY MORTON MEMORIAL CHAPEL, LLC,

    Defendants.
_____/

**<u>ANDREA MINYARD'S NOTICE OF CONSENT TO REMOVAL</u>**

Pursuant to 28 U.S.C. § 1446(b), by and through undersigned counsel, Defendant Andrea Minyard, MD, gives notice to the Court of her consent to the removal of this case to the United States District Court, Northern District of Florida, Pensacola Division, by Defendants Corporal Thomas Paschal, Trooper Chad Lynch, and Sergeant Randle Padgett.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the court's CM/ECF system to counsel of record on this 19th day of May, 2021.

        */s/Charles Wiggins*
        CHARLES WIGGINS
        Fla. Bar No.: 0048021
        ctw@beggslane.com
        BEGGS & LANE, RLLP
        501 Commendencia Street
        Pensacola, Florida 32502
        T: (850) 432-2451
        F: (850) 469-3331
        Attorneys for Andrea Minyard, MD