# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RANADA COOKS,

      Plaintiff,             CASE NO.: 3:21-cv-00776-MCR-RMT

vs.

ANDREA MINYARD; GULF COAST
AUTOPSY PHYSICIANS, P.A.; TIMOTHY
J. GALLAGHER; CORPORAL THOMAS
PASCHAL; TROOPER CHAD LYNCH;
SERGEANT RANDLE PADGETT; FAITH
CHAPEL FUNERAL SERVICES, LLC; and
TRACY MORTON MEMORIAL CHAPEL, LLC,

      Defendants.
_____

## DEFENDANT, TRACY MORTON MEMORIAL CHAPEL'S
## NOTICE OF CONSENT TO REMOVAL

      Defendant, TRACY MORTON MEMORIAL CHAPEL, LLC, by and through its undersigned counsel, and in accordance with 28 U.S.C. § 1446(b), hereby gives notice to the Court of its consent to the removal of this case to the U.S. District Court, Northern District of Florida, Pensacola Division, by Defendants, Corporal Thomas Paschal, Trooper Chad Lynch, and Sergeant Randle Padgett.

/s/Linda H. Wade
Linda H. Wade
WADE, PALMER & SHOEMAKER, P.A.
Florida Bar No.: 655317
14 N. Palafox Street
P.O. Box 13510
Pensacola, FL 32591-3510
(850) 429-0755
lwade@wpslawyers.com
kgrover@wpslawyers.com
HPhillips@wpslawyers.com
Attorney for Defendant, Tracy Morton